IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMBROSE DEWAYNE EDWARDS, #23019372, ) ) ) Petitioner, ) ) ) VS. ) ) ) DALLAS COUNTY SHERIFF DEPARTMENT, ) ) ) ) Respondent. ) | CIVIL ACTION NO. 3:23-CV-1748-G-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 7, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**